MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-539 WHA |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| JEFFERY CHU, et al, | |
| Defendants. | |

On January 6, 2015, at 2:00 p.m., defendants Jeffery CHU and Chao Wen WU made their first appearance before the Court through counsel. At that hearing, the Court directed the parties to return on January 27, 2015 at 2:00 p.m. for a further status conference. The parties advised the Court that this case involves 6 co-defendants, 4 of whom are not yet before the Court. The parties further advised the Court that the government had produced close to 3,000 pages of discovery, along with recordings from body wires, recorded phone calls and a month of wire intercepts. Since WU was arraigned on the indictment earlier that morning and his attorney had only then appeared for WU for the first time, and because of the volume of discovery, the parties agreed that the government needs additional time to bring the remaining defendants before the Court and the defendants require time to review the discovery the government has provided. For these reasons, the parties agreed that the parties require time to

ORDER EXCLUDING TIME
CR 14-539 WHA

prepare effectively for trial. Therefore, the parties agreed that time should be excluded between January 6, 2015 and January 27, 2015 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: January 26, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　FRANK J. RIEBLI
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　_/s/ Frank Riebli w/ permission__
　　　　　　　　　　　　　　　　　　　　　　DUSTIN GORDON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Jeffery Chu


　　　　　　　　　　　　　　　　　　　　　　_/s/ Frank Riebli w/ permission__
　　　　　　　　　　　　　　　　　　　　　　KIT TO
　　　　　　　　　　　　　　　　　　　　　　Attorney for Chao Wen Wu


For the reasons stated above, the Court finds that the exclusion of time from January 6, 2015 through and including January 27, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: January _26_, 2015.　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER EXCLUDING TIME
CR 14-539 WHA