1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

6        Telephone: (415) 436-7200
         FAX: (415) 436-7234

7        Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

9

                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  CASE NO. CR 14-539 WHA
                                         )
14        Plaintiff,                     )  STIPULATION AND ORDER EXCLUDING TIME
                                         )
15     v.                                )
                                         )
16  JEFFERY CHU, et al,                  )
                                         )
17        Defendants.                    )
                                         )

18

19        On January 27, 2015, at 2:00 p.m., defendants Jeffery CHU, Chao Wen WU, Aaron HUANG

20  and Wan Quan OU appeared before the Court through counsel.  That appearance was HUANG's and

21  OU's first appearance before the Court.  At that hearing, the Court directed the parties to return on

22  March 3, 2015 at 2:00 p.m. for a further status conference.  The parties advised the Court that the

23  government had produced close to 3,000 pages of discovery, along with recordings from body wires,

24  recorded phone calls and a month of wire intercepts.  Since both HUANG and OU are new to the case,

25  and because of the volume of discovery, the parties agreed that the defendants require time to review the

26  discovery the government has provided.  For these reasons, the parties agreed that the parties require

27  time to prepare effectively for trial.  Therefore, the parties agreed that time should be excluded between

28  January 27, 2015 and March 3, 2015 in order to ensure the effective preparation of counsel.  18 U.S.C.

ORDER EXCLUDING TIME
CR 14-539 WHA

1 § 3161(h)(7)(B)(iv).

2     The parties agree that the ends of justice served by granting the continuance outweigh the best

3 interest of the public and the defendant in a speedy trial.

4 SO STIPULATED.

5 DATED: January 26, 2015                  Respectfully submitted,

6                               MELINDA HAAG
                              United States Attorney

7

8                                   /s/
                              FRANK J. RIEBLI

9                               Assistant United States Attorney

10

11                         /s/ Frank Riebli w/ permission
                              DUSTIN GORDON
                              Attorney for Jeffery Chu

12

13                         /s/ Frank Riebli w/ permission
                              KIT TO

14                               Attorney for Chao Wen Wu

15

16                         /s/ Frank Riebli w/ permission
                              GALIA PHILLIPS

17                               Attorney for Wan Quan Ou

18                         /s/ Frank Riebli w/ permission
                              ERIN CRANE

19                               Attorney for Aaron Huang

20

21     For the reasons stated above, the Court finds that the exclusion of time from January 27, 2015

22 through and including March 3, 2015 is warranted and that the ends of justice served by the continuance

23 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

24 The failure to grant the requested continuance would deny the defendant effective preparation of

25 counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

26 SO ORDERED.

27 DATED: ~~January~~ __2__, 2015.
      February                                 HONORABLE WILLIAM ~~H.~~ ALSUP

28                                   United States District Court Judge

ORDER EXCLUDING TIME
CR 14-539 WHA