1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
6         Telephone: (415) 436-7200
          FAX: (415) 436-7234
7         Frank.Riebli@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  NO. CR 14-539 WHA
                                        )
14         Plaintiff,                   )  NOTICE OF DISMISSAL
                                        )
15     v.                               )
                                        )
16  ZHONG HUANG,                        )
                                        )
17         Defendant.                   )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses without prejudice the above indictment

21  as to this defendant only and moves that the Court quash the arrest warrant issued as to this defendant in

22  connection with the indictment in this case.

23  DATED: February 25, 2015                     Respectfully submitted,

24                                               MELINDA HAAG
                                                 United States Attorney
25
                                                         /s/
26                                               FRANK J. RIEBLI
                                                 Assistant United States Attorney
27

28      Leave is granted to the government to dismiss the Indictment.  The Indictment is hereby

NOTICE OF DISMISSAL (CR 14-539 )

1  dismissed as to Zhong Huang only.  It is further ordered that the arrest warrant issued in connection with
2  the Indictment as to Zhong Huang is quashed.
3  IT IS SO ORDERED.
4  Dated: February __26__, 2015.

_____
HON. WILLIAM H. ALSUP
United States District Judge

NOTICE OF DISMISSAL (CR _14-539_ )