MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-539 WHA |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| JEFFERY CHU, et al, | |
| Defendants. | |

On March 3, 2015, at 2:00 p.m., defendants Jeffery CHU, Chao Wen WU, Aaron HUANG and Wan Quan OU appeared before the Court through counsel. At that hearing, the Court directed the parties to return on March 24, 2015 at 2:00 p.m. for a further status conference and trial setting. The parties advised the Court that the defense were still reviewing the discovery the government already had produced, and that the government had produced additional discovery that day. The parties agreed that the defendants require time to review the discovery the government has provided in order to prepare effectively for trial and/or to negotiate a resolution. Therefore, the parties agreed that time should be excluded between March 3, 2015 and March 24, 2015 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best

ORDER EXCLUDING TIME
CR 14-539 WHA

interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: March 6, 2015             Respectfully submitted,

MELINDA HAAG
United States Attorney

    /s/
FRANK J. RIEBLI
Assistant United States Attorney

  /s/ Frank Riebli w/ permission
DUSTIN GORDON
Attorney for Jeffery Chu

  /s/ Frank Riebli w/ permission
KIT TO
Attorney for Chao Wen Wu

  /s/ Frank Riebli w/ permission
GALIA PHILLIPS
Attorney for Wan Quan Ou

  /s/ Frank Riebli w/ permission
ERIN CRANE
Attorney for Aaron Huang

For the reasons stated above, the Court finds that the exclusion of time from March 3, 2015 through and including March 24, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: March  17 , 2015.

                          HONORABLE WILLIAM H. ALSUP
                          United States District Court Judge