1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7200
         FAX: (415) 436-7234
7        Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR 14-539 WHA
                                      )
14 |        Plaintiff,                ) STIPULATION AND ORDER EXCLUDING TIME
                                      )
15 |   v.                             )
                                      )
16 | JEFFERY CHU, et al,              )
                                      )
17 |        Defendants.               )
                                      )
18

19

20         On March 24, 2015, at 2:00 p.m., defendants Jeffery CHU, Chao Wen WU, Aaron HUANG and

21 Wan Quan OU appeared before the Court through counsel. At that hearing, the Court set the case for

22 trial beginning July 6, 2015. The Court also directed the defendants to file any substantive pre-trial

23 motions (not including motions in limine) by April 21, 2015. The parties agreed that the defendants

24 require time to evaluate any motions that they might bring, and to prepare effectively for trial.

25 Therefore, defendants CHU, WU and HUANG agreed that time should be excluded between March 24,

26 2015 and July 6, 2015 in order to ensure the effective preparation of counsel. 18 U.S.C.

27 § 3161(h)(7)(B)(iv). Defendant OU agreed that, as to him, time should be excluded between March 24,

28 2015 and April 21, 2015 in order to ensure the effective preparation of counsel. 18 U.S.C.

ORDER EXCLUDING TIME
CR 14-539 WHA

1  § 3161(h)(7)(B)(iv).

2  The parties agree that the ends of justice served by granting the continuance outweigh the best
3  interest of the public and the defendant in a speedy trial.

4  SO STIPULATED.

5  DATED: March 6, 2015                                   Respectfully submitted,

6                                                        MELINDA HAAG
                                                         United States Attorney
7

8                                                              /s/
                                                         FRANK J. RIEBLI
9                                                        Assistant United States Attorney

10

11                                                         /s/ Frank Riebli w/ permission
                                                         DUSTIN GORDON
12                                                       Attorney for Jeffery Chu

13                                                         /s/ Frank Riebli w/ permission
                                                         KIT TO
14                                                       Attorney for Chao Wen Wu

15
                                                           /s/ Frank Riebli w/ permission
16                                                       GALIA PHILLIPS
                                                         Attorney for Wan Quan Ou
17

18                                                         /s/ Frank Riebli w/ permission
                                                         ERIN CRANE
19                                                       Attorney for Aaron Huang

20

21  For the reasons stated above, the Court finds that, as to defendants CHU, WU and HUANG the
22  exclusion of time from March 24, 2015 through and including July 6, 2015 is warranted and that the
23  ends of justice served by the continuance outweigh the best interests of the public and the defendant in a
24  speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that, as to defendant OU, the exclusion
25  of time from March 24, 2015 through and including April 21, 2015 is warranted and that the ends of
26  justice served by the continuance outweigh the best interests of the public and the defendant in a speedy
27  trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the
28

ORDER EXCLUDING TIME
CR 14-539 WHA

1  defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §

2  3161(h)(7)(B)(iv).

3  SO ORDERED.

4  DATED: April  13 , 2015 .

   _____
   HONORABLE WILLIAM H. ALSUP
   United States District Court Judge

ORDER EXCLUDING TIME
CR 14-539 WHA